1  PUOY PREMSRIRUT, ESQ.
   Nevada Bar. No. 7141
2  GOODMAN, BROWN & PREMSRIRUT
3  520 South Fourth Street, Suite 320
   Las Vegas, NV 89101
4  Phone: (702) 384-3939
   Fax: (702) 385-3939
5
6  Attorneys for Plaintiffs
   Consumer Direct of America, Inc.,
7  Michael A. Barron, and Joseph A. Cosio-Barron

8              UNITED STATE DISTRICT COURT
                  DISTRICT OF NEVADA
9

10 CONSUMER DIRECT OF AMERICA, INC.,  )  CASE NO.:  CV-S-04-0870-LDG(LRL)
   a Nevada Corporation,              )  (consolidated w/ CV-S-04-1657-PMP(LRL))
11                                     )
                Plaintiff,             )
12                                     )  STIPULATION AND ORDER TO
   vs.                                 )  DISMISS CONSUMER DIRECT OF
13                                     )  AMERICA'S COMPLAINT AGAINST
   JAMES H. WILLIAMSON, an individual; )  NAMED DEFENDANTS WITH
14 J.H. WILLIAMSON COMPANY LLC.; a    )  PREJUDICE
   North Carolina limited liability company; )
15 CHARLES LEE FERGUSON, JR. an       )
   individual; EL PATRICIA FERGUSON, an )
16 individual; ROBERT CHARLES FERGUSON, )
   an individual; JESSICA DIXIE FERGUSON, )
17 an individual; F&L PROPERTIES, a North )
   Carolina limited liability company; DOES I )
18 through X and ROE CORPORATIONS I   )
   through X, inclusive,               )
19                                     )
                Defendants.             )
20 _____    )
   JAMES H. WILLIAMSON;                )
21 J.H. WILLIAMSON COMPANY LLC.;      )
   CHARLES LEE FERGUSON, JR.; EL      )
22 PATRICIA FERGUSON; ROBERT CHARLES  )
   FERGUSON; JESSICA DIXIE FERGUSON,  )
23                                     )
                Plaintiffs,             )
24 vs.                                 )
25                                     )
   CONSUMER DIRECT OF AMERICA, INC.;  )
26 MICHAEL A. BARRON; JOSEPH A. COSIO- )
   BARRON, and TERRY VICKERY,         )
27                                     )
                Defendants.             )
28

Plaintiff, Consumer Direct of America, Inc., a Nevada Corporation, ("Consumer Direct") by and through their counsel, Goodman Brown & Premsrirut and Defendants, James H. Williamson, J. H. Williamson Company LLC, Charles Lee Ferguson, Jr., El Patricia Ferguson, Robert Charles Ferguson, Jessica Dixon Ferguson, and F&L Properties, (collectively "Williamson") by and through their counsel, Schreck Brignone in Case No. CV-S-0-0870-LDG (LRL), together with Defendants and Plaintiff in the consolidated action, Case No. CV-S-04-1657-PMP (LRL), by and through their respective counsel (collectively, Consumer Direct and Williamson are referred to herein as the "Parties"), hereby stipulate and agree as follows:

1. That Consumer Direct's Complaint and claims against Defendants known collectively as "Williamson" in the above captioned litigation shall be dismissed with prejudice, each party to bear their own fees and costs; and

2. That this stipulation is intended to dismiss all claims between Plaintiff (Consumer Direct) and Defendants (Williamson) and result in the dismissal of Consumer Direct of America's Complaint with Prejudice.

This stipulation and proposed order is respectfully submitted this _____ day of October, 2006

GOODMAN, BROWN & PREMSRIRUT

PUOY K. PREMSRIRUT, ESQ.
Nevada Bar No. 7141
GOODMAN, BROWN & PREMSRIRUT
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Attorney for Plaintiff
Consumer Direct of America, Inc.

SCHRECK BRIGNONE

ELAYNA J. YOUCHAH, ESQ.
Nevada Bar No. 5837
NATHAN T.H. LLOYD, ESQ.
Nevada Bar No. 9106
300 South Fourth Street, Suite 1200
Las Vegas, NV 89101
Attorneys for Defendants

1  ROBERT T. McALLISTER, P.C.

*[signature: Robert T. McAllister]*

ROBERT T. McALLISTER, ESQ.
455 Sherman Street, Suite 300
Denver, CO 80203
Attorney for Terry Vickery

### ORDER

Based upon the foregoing Stipulation and it appearing that the parties have settled this matter between themselves through a written settlement agreement that disposes of all issues pending before this Court, and good cause therefore appearing, IT IS HEREBY ORDERED that this matter be dismissed, with prejudice and on the merits.

MADE AND ENTERED this __31__ day of October, 2006.

_____
Federal District Court Judge